STATE v. MOSELEY

No. 385A92-2

Case below: Stokes County Superior Court

Defendant's petition for writ of certiorari is allowed 5 November 1998 for the limited purpose of remanding this case to the Superior Court, Stokes County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254, —— S.E.2d —— (May 8, 1998) (No. 14891) and *State v. Bates*, 348 N.C. 29, —— S.E.2d —— (3 April 1998) (No. 145A91-3); in all other respects, the petition is denied.

No. 385A92-3

Case below: Forsyth County Superior Court

Defendant's petition for writ of certiorari is allowed 5 November 1998 for the limited purpose of remanding this case to the Superior Court, Forsyth County, for (1) the Superior Court's reconsideration of defendant's motion for appointment of counsel pursuant to N.C.G.S. § 7A-451(c)(3) (1996), and for (2) reconsideration of defendant's motion for appropriate relief in light of this court's opinion in *State v. Bass*, 348 N.C. 29, —— S.E.2d —— (3 April 1998) (No. 145A91-3).


STATE v. OWEN

No. 422P98

Case below: 130 N.C.App. 505

Motion by Attorney General to dismiss appeal allowed 5 November 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.